# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Hornback

V.  **JUDGMENT IN A CIVIL CASE**

USA

CASE NUMBER:   06cv1387 BEN(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants without prejudice Respondent's motion to dismiss for lack of subject matter jurisdiction................................................................................................................

| May 16, 2007 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

S/J. Hathaway
(By) Deputy Clerk

ENTERED ON May 16, 2007